No. 5,614.—STATE EX REL. JANE E. BEYERLEIN, RELATRIX, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of review to annul the judgment entered by the District Court of Lewis and Clark County and W. H. Poorman, Judge, in the cause entitled *Martin Cunniff, Plaintiff,* v. *Fred H. Richardson et al., Defendants.*

Decided February 11, 1925.

PER CURIAM.—The application of relatrix for a writ of *certiorari* is denied.

*Mr. E. D. Phelan,* for Relatrix.

---

No. 5,681.—FRANK MERHAR, RESPONDENT, *v.* JOHN POWERS ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County; Joseph R. Jackson, Judge.*

Decided March 3, 1925.

PER CURIAM.—Respondent's motion to dismiss the appeal from the judgment in the above-entitled cause is granted and the appeal is dismissed.

*Mr. M. J. English,* for Appellant.

*Mr. Harlow Pease,* for Respondent.